IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARTA WILLIAMS,** : | |
| : | |
| **Plaintiff,** : | |
| : | CIVIL ACTION |
| v. : | |
| : | |
| ABRAHAM INDUSTRIES, INC., t/db/a : | No. 02-CV-5240 |
| VALLEY FORGE FLAG, INC., *et al.* : | |
| : | |
| **Defendants.** : | |
| : | |

**DEFENDANT MICHAEL LIBERMAN'S
MOTION TO DISMISS COUNT I OF THE COMPLAINT**

Defendant Michael Liberman, by his attorneys, and pursuant to Fed. R. Civ. P. 12(b)(6), respectfully requests this Court to Dismiss Count I of Plaintiff's Complaint with prejudice as to Michael Liberman for the reasons set forth in the accompanying memorandum of law.

Respectfully submitted,

HOYLE, MORRIS & KERR LLP

_____
Jan Fink Call
Attorney ID No. 58238
Tammi Markowitz
Attorney ID No. 84822
Hoyle, Morris & Kerr LLP
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA  19103
(215) 981-5700

Attorneys for Defendant
Michael Liberman

Dated: September 30, 2002