IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARTA WILLIAMS,** | : |
| **Plaintiff,** | : |
| | : CIVIL ACTION |
| v. | : |
| | : |
| **ABRAHAM INDUSTRIES, INC., t/db/a** | : No. 02-CV-5240 |
| **VALLEY FORGE FLAG, INC.,** *et al.* | : |
| | : |
| **Defendants.** | : |
| | : |

**O R D E R**

AND NOW, this ____ day of _____, 2002, upon consideration of the Motion of Defendant Michael Liberman to Dismiss Count I of Plaintiff's Complaint, and accompanying Memorandum of Law in support thereof, and any opposition thereto,

IT IS HEREBY ORDERED that the Defendant Michael Liberman's Motion to Dismiss Count I of Plaintiff's Complaint is GRANTED, and Count I of the Complaint is dismissed with prejudice as to Michael Liberman.

BY THE COURT:

_____
J.