**CERTIFICATE OF SERVICE**

I, Richard S. Meyer, hereby certify that on this date I served a true and correct copy of the Answer by Defendants Valley Forge Flag Company, Inc., Scott Liberman and Gregory Harris via first-class mail, upon the following:

>Debra A. Jensen, Esquire
>Galfand, Berger LLP
>1818 Market Street
>Suite 2300
>Philadelphia, PA   19103

>/s/Richard S. Meyer
>Richard S. Meyer

Dated: September 25, 2002