IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARTA WILLIAMS,** : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | |
| **ABRAHAM INDUSTRIES, INC., t/db/a** : | No. 02-CV-5240 |
| **VALLEY FORGE FLAG, INC.,** *et al.* : | |
| : | |
| Defendants. : | |
| : | |

## CERTIFICATE OF SERVICE

I, Jennifer J. Platzkere, a member of the Bar of this Court, hereby certify that on this ___ day of September 2002 I caused a true and correct copy of Defendants Gregory Harris' and Scott Liberman's foregoing Motion to Dismiss Count I of the Compliant in the above-captioned matter to be served by U.S. Mail, postage prepaid, upon the following:

> Debra A. Jensen, Esquire
> Galfand Berger LLP
> 1818 Market Street
> Philadelphia, PA  19103-3623

> BLANK ROME COMISKY & McCAULEY LLP

> _____
> RICHARD S. MEYER, ESQUIRE
> MARGARET A. McCAUSLAND, ESQUIRE
> JENNIFER J. PLATZKERE, ESQUIRE
> One Logan Square
> Philadelphia, PA 19103
> (215) 569-5665

> Attorneys for Defendants
> Gregory Harris and Scott Liberman