IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARTA WILLIAMS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | |
| **ABRAHAM INDUSTRIES, INC., t/db/a** | : | **No. 02-CV-5240** |
| **VALLEY FORGE FLAG, INC.,** *et al.* | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

### ORDER

THIS MATTER having been opened to the Court by Blank Rome Comisky and

McCauley LLP, attorneys for Defendants Gregory Harris and Scott Liberman, for an Order

granting their Motion to Dismiss Count I of the Complaint with prejudice, and the Court, having

reviewed the moving papers and all opposition thereto, and for good cause shown;

IT IS on this _____ day of _____, 20____:

ORDERED that Defendants Gregory Harris' and Scott Liberman's Motion to Dismiss

Count I of the Complaint is granted, and it is further

ORDERED that Count I of the Complaint is dismissed as to Gregory Harris and Scott

Liberman with prejudice.

_____
U.S.D.J.

094280.00216/21066616v1