IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARTA WILLIAMS, | ) |
|         Plaintiff | ) Civil Action<br>) No. 02-CV-5240 |
|     vs. | ) |
| ABRAHAM INDUSTRIES, INC., t/d/b/a<br>VALLEY FORGE FLAG, INC.,<br>MICHAEL LIBERMAN,<br>SCOTT LIBERMAN,<br>GREGORY HARRIS, | )<br>)<br>)<br>)<br>) |
|         Defendants | ) |

<u>REFERRAL ORDER FOR SETTLEMENT CONFERENCE</u>

NOW, this 23rd of January, 2003,

<u>IT IS ORDERED</u> that the within matter is referred to United States Magistrate Arnold C. Rapoport to schedule and conduct a settlement conference.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge